Thomas E. Willoughby (TW 4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SEVENTH AVENUE INC., THE SWISS COLONY,
OMT ENTERPRISES, INC., FUNLINE
MERCHANDISE CO., INC., A & B HONGDA
GROUP, INC., PADDOCK POOL CONSTRUCTION
CO., DESIGNPAC INC., COBRACO
MANUFACTURING, INC., TANDY BRANDS
ACCESSORIES INC., HYC LOGISTICS, INC.,
JIMCO LAMP COMPANY, BURLINGTON
COAT FACTORY,

        Plaintiffs,

- against --

M/V CMA-CGM VIVALDI, her engines, tackle, boiler, etc.,
*in rem*, CMA-CGM S.A., CMA-CGM (AMERICA) INC.,
MEDITERRANEAN SHIPPING COMPANY (HK) LTD.,
EXPEDITORS INTERNATIONAL OCEAN, DYNALINK
SYSTEMS INC., LOGISTICS USA, INC., BRIGHT
FORTUNE SHIPPING LTD., DYNAMIC NETWORK
CONTAINERLINE LTD., ANR INC., HONOUR LANE
SHIPPING LTD., CARPE AIR & SEA SHIPPING INC.,
*in personam*,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X



06 CV 5572

Index No.

RECEIVED
JUL 24 2006
U.S.D.C. S.D. N.Y.
CASHIERS

**COMPLAINT**

  The plaintiffs herein, by their attorneys, Hill Rivkins & Hayden LLP, complaining

of the above named vessel and defendants, allege upon information and belief:

  FIRST:  This is an admiralty and maritime claim within the meaning of

Rule 9(h) of the Federal Rules of Civil Procedure.

SECOND:   At and during all times hereinafter mentioned, plaintiffs had and now have the legal status and principal offices and places of business stated in Schedule B hereto annexed and by this reference made a part hereof.

THIRD:   At and during all the times hereinafter mentioned, defendants had and now have the legal status and offices and places of business stated in Schedule B, and were and now are engaged in business as common carriers of merchandise by water for hire, and owned, operated, managed, chartered and controlled the above named vessel which now is or will be within the jurisdiction of this Court during the pendency of this action.

FOURTH:   On or about the dates and at the ports of shipment stated in Schedule A, there were delivered to the vessel and defendants in good order and condition the shipments described in Schedule A, which the said vessel and defendants received, accepted and agreed to transport for certain consideration to the ports of destination stated in Schedule A.

FIFTH:   Thereafter, the said vessel arrived at the port of destination described in Schedule A and the cargo not delivered in the same good order and condition in which it was received.

SIXTH:   Defendants, by reason of the premises, breached their duties to the plaintiffs as common carriers by water for hire and were otherwise at fault.

SEVENTH:   Plaintiffs were the shippers, consignees or owners or otherwise had a proprietary interest of and in the cargoes as described in Schedule A, and bring this action on their own behalf and, as agents and trustees, on behalf of and for the interest of

all parties who may be or become interested in the said shipment, as their respective interests may ultimately appear, and plaintiffs are entitled to maintain this action.

EIGHTH:   Plaintiffs have duly performed all duties and obligations on their part to be performed.

NINTH:   By reason of the premises, plaintiffs have sustained damages nearly as same can now be estimated, no part of which has been paid, although duly demanded, in the amount of $500,000.00

**W H E R E F O R E,** plaintiffs pray:

1. That process in due form of law according to the practice of this Court may issue against defendants.

2. That if defendants cannot be found within this District, that all of their property within this District, as shall be described in the affidavit, be attached in the sum set forth in this complaint, with interest and costs.

3. That a decree may be entered in favor of plaintiffs against defendants for the amount of plaintiffs' damages, together with interest and costs.

4. That process in due form of law according to the practice of this Court may issue against the aforesaid named vessels.

5. Plaintiffs further pray for such other, further and different relief as to this Court may seem just and proper in the premises.

Dated:  New York, New York
        July 21, 2006

> HILL RIVKINS & HAYDEN LLP
> Attorneys for Plaintiffs
>
> By: _____
>     Thomas E. Willoughby (TW4452)

45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600

Schedule A

| HRH FILE | VESSEL | PLAINTIFF | HOUSE B/L | MASTER B/L | CONTAINER(S) | GOODS | TYPE OF DAMAGE | VALUE (FOB) | | Load | Discharge | Final | Carriers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29004 | | | | | | | | | | | | | |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591361 | S22701874 | | Various | Unknown | $30,269.20 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591391 | S22701873 | | Various | Unknown | $10,633.50 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591381 | S22701870 | | Various | Unknown | $9,394.20 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591691 | S22701675 | | Various | Unknown | $20,870.15 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591321 | S22701663 | | Various | Unknown | $26,199.78 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Swiss Colony (related to Seventh Ave.) | 6114591541 | S22700911 | | Various | Unknown | $31,152.00 approx | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Swiss Colony | 6114591641 | S22700911 | | Various | Unknown | $31,152.00 approx | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591831 | S22701669 | | Various | Unknown | $16,500.00 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591341 | S22701672 | | Various | Unknown | $18,819.00 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591691 | S22701665 | | Various | Unknown | $24,224.37 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591371 | S22701671 | | Various | Unknown | $13,403.80 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591771 | S22701451 | ECMU9398189 | Bear with Tray, Deer clock set, Dog butter tray | OVERBOARD | $23,998.28 | freight 3,899.00 | Yantian | Long Beach | Chicago (Intended) | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591391 | S22701662 | | Various | Unknown | $37,452.50 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591311 | S22701664 | | Various | Unknown | $19,310.96 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591221 | S22701666 | | Various | Unknown | $15,335.10 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6910495051 | CMDUHK2006956 | | Various | Unknown | $15,246.00 approx | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591881 | S22701452 | | Various | Unknown | $31,575.00 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591871 | S22701447 | | Various | Unknown | $10,632.05 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591211 | S22701667 | | Various | Unknown | $15,335.10 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Swiss Colony | 6114591571 | S22701668 | | Various | Unknown | $28,590.00 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1A | Vivaldi | Seventh Avenue | 6114591721 | S22701676 | | Various | Unknown | $10,695.00 | | Yantian | Long Beach | Chicago | Expeditors International |
| 29004-1B | Vivaldi | OMT Enterprises | SZ0508128BA | MSCUYT920215 | GLUD7225503 | Lawn Decorations / Statues | overboard | CIF $11,656.52 | | Yantian | Long Beach | Gardena, CA | Dynalink, MSC |
| 29004-1C | Vivaldi | Action Performance Companies - Funline Merchandise Co. Inc. | NOMS0507071 0 | MSCUHG327045 | TRIU9034447 | 927 cartons Toys | overboard | $21,562.99 | $2,604.67 freight | Hong Kong | Long Beach (intended) | Rancho Cucamonga CA | Logistics USA, Inc., MSC, Bright Fortune/Hecny |
| 29004-1D | Vivaldi | A & B Hongda Group, Inc. | SZF058174LG8 | MSCUYT936486 | MSCU0840826; GLDU7234758; GLDU7234850; GLDU8234932; GLDU7235029; MSCU7153991 | 1227 cartons Christmas decorations & wood furniture | overboard | $14,498.16 (delivery to door) | freight $1,438.25 | Yantian | Long Beach (Intended) | Rancho Cucamonga CA | MSC, Dynamic Network Container Line Ltd |
| 29004-1E | Vivaldi | Paddock Pools and Spas | SZX050802721 | MSCUYT939074 | MSCU 465325-2 | Christmas Decorations | wetting damage | $8,452.93 | | Yantian | Long Beach | Phoenix, AZ | ANR Inc., MSC |
| 29004-1F | Vivaldi | Designpac | SZXCH152840 | MSCUYT901736 | MSCU 465325-2 | 315 Ctns | overboard | $16,650.40 | | Yantian | Long Beach | Chicago | MSC, ANR Inc. |
| 29004-2A | Vivaldi | CobraCo Manufacturing, Inc. | 6114592661 | | CRXU9312040 | 8865 Pcs Garden Statues | overboard | $38,195.70 | 4494.02 (freight + duty) | Yantian | Long Beach | Lake Zurich, IL | Feeder Ville De Tanya | Expeditors International |
| 29004-2B | Vivaldi | Tandy Brands Accessories | 6910485868 | | ECMU9596726 | Electric racer, Air Compressor, Shower Clock/Radio, Auto Mug | overboard | $39,000.00 | | Hong Kong | Long Beach | Chicago, IL | Expeditors International, MSC |
| 29004-2C | Vivaldi | Harvey Yaffe Company, NYC Logistics, Inc. | | MSCUYT691580 | GLDU7235395 | 2492 cartons lighting fixtures (lamp & lampshade) | overboard | | $5,400 freight ($91,979.08) | Hong Kong | | | |
| 29004-2D | Vivaldi | Burlington Coat Factory | GSE050906 | HK2006366 | ECMU9573880 | 1250 ctns floral arrangements | overboard | $85,579.08 | | | Los Angeles | Burlington, NJ | Carpe Air & Sea Shipping, Inc. |

## SCHEDULE B

Plaintiffs:  (1) Seventh Avenue Inc.
1112 7th Avenue
Monroe, WI 53566

(2) The Swiss Colony
1112 7th Avenue
Monroe, WI 53566

(3) OMT Enterprises, Inc.
1927 West 127th Street
Gardena, CA 90249

(4) Funline Merchandise Co., Inc.
20405 East Business Parkway
City of Industry, CA 91789

(5) A & B Hongda Group, Inc.
4520 Santa Anita Avenue
Rancho Cucamonga, CA 91730

(6) Paddock Pool Construction Co.
6525 E. Thomas Road
Scottsdale, AZ 85251

(7) DesignPac Inc.
2457 W. North Avenue
Melrose, IL 60160

(8) CobraCo Manufacturing, Inc.
30 East Main Street
Lake Zurich, IL 60047

(9) Tandy Brands accessories Inc.
690 East Lamar Boulevard
Arlington, TX 76011

(10) HYC Logistics, Inc.
2650 Thousand Oaks Boulevard
Memphis, TN 38118

(11) Jimco Lamp Company
Highway 63 North
Bono, AR 72416

      (12) Burlington Coat Factory
         1830 Route 130 North
         Burlington, NJ 08016


Defendants: CMA-CGM S.A.
       c/o CMA-CGM (America) Inc.
       5701 Lake Wright Drive
       Norfolk, VA 23502

       CMA-CGM (America) Inc.
       5701 Lake Wright Drive
       Norfolk, VA 23502

       Mediterranean Shipping Company (HK) Ltd.
       c/o Mediterranean Shipping Company (USA) Inc.
       420 Fifth Avenue
       New York, NY 10018

       Expeditors International Ocean
       c/o Expeditors International of Wethington, Inc.
       245 Roger Avenue
       Inwood, NY 11096

       Dynalink Network Container Line Ltd.
       Hong Kong

       Logistics USA, Inc.
       147-27 175th Street
       Jamaica, NY 11434

       Bright Fortune Shipping Ltd.
       4/F, Heany Cargo Bldg.
       111 Wai Yip Street
       Kwun Tong, Kowloon, Hong Kong

       Dynamic Network Container Line Ltd.
       Hong Kong

       ANR Inc.
       Hong Kong

       Honour Lane Shipping Ltd.
       Room 1201-1206, Nan Fung Tower
       173 Des Voeux Road Central
       Hong Kong

Carpe Air & Sea Shipping Inc.
360 Sylvan Avenue
Englewood Cliffs, NJ 07632